RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/5/14
MB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DERRICK BRUNSON (#13979-171) | DOCKET NO. 14-CV-2467; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| MRS. K. NICHOLS, ET AL. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's Bivens claim be **DENIED AND DISMISSED** with prejudice for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A, and that his F.T.C.A. claim be **DISMISSED** for lack of jurisdiction.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 5th day of November, 2014.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE