RECEIVED
FEB 11 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DERRICK BRUNSON     CASE NO. 14-CV-2467

-vs-     JUDGE DRELL

K. NICHOLS, ET AL.     MAG. JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' motion to dismiss (Doc. 43) is GRANTED and, accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that the remainder of Plaintiff's claims against Defendants are DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 11 day of February, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE